UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR00-211-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| ROBERT ANTHONY JOHNSON, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| Defendant. | ) | |
| | ) | |

An evidentiary hearing on supervised release revocation in this case was scheduled before me on July 24, 2006. The United States was represented by AUSA Leonie Grant and the defendant by Jennifer Wellman. The proceedings were digitally recorded.

Defendant had been sentenced on or about July 28, 2000 by the Honorable Thomas S. Zilly on a charge of Armed Bank Robbery (18 U.S.C. § 2113(a) and (d)), and a Judgment was entered on that date sentencing defendant to forty-one (41) months custody and five (5) years supervised release. (Dkt. 24)

The conditions of supervised release contained within the Judgment included the standard conditions, plus several special conditions, including Special Condition No. 3, requiring that

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

defendant participate in a program approved by the probation officer for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol. (Dkt. 24, p 4)

In an initial application dated June 20, 2006 (Dkt 37), and a supplemental application dated June 27, 2006 (Dkt. 38), U.S. Probation Officer Monique D. Neal alleged the following violations of the conditions of probation:

1.   Using cocaine on or before April 5, and May 15, 2006, in violation of Standard Condition No. 7;

2.   Failing to report for drug testing as directed by the U.S. Probation Office on January 3, January 24, February 9, March 6, March 31, May 9, May 18, June 5, June 12, and June 19, 2006, in violation of Special Condition No. 3, requiring that defendant participate in a program approved by the probation officer for treatment of narcotic addiction, drug dependency, or substance abuse, which may include testing to determine if defendant has reverted to the use of drugs or alcohol; and

3.   Using cocaine again on or before June 14, 2006, also in violation of Standard Condition No. 7.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted all three alleged violations and waived any evidentiary hearing as to whether they occurred. (Dkt 44).

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1, 2, and 3, and that the Court conduct a hearing limited to the issue of disposition. The next hearing has been set before Judge Zilly on August 17, 2006.

Pending a final determination by the Court, defendant has been remanded to custody.

DATED this <u>11th</u> day of August, 2006.

                                     Mary Alice Theiler
                                     United States Magistrate Judge

cc:     District Judge:          Honorable Thomas S. Zilly
        AUSA:                  Leonie Grant
        Defendant's attorney:   Jennifer Wellman
        Probation officer:       Monique Neal