UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR00-211-TSZ |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| ROBERT ANTHONY JOHNSON, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 15, 2008. The United States was represented by Assistant United States Attorney Michael Scoville, and the defendant by Jennifer Wellman. The proceedings were digitally recorded.

The defendant had been charged and convicted of Armed Bank Robbery, in violation of 18 U.S.C. § 2113(a). On or about February 23, 2007, defendant was sentenced by the Honorable Thomas S. Zilly to a term of forty-one (41) months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse and mental health programs, financial disclosure, $2,945 restitution, search, reside at RRC for up to 120 days,

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

and by modification of 8/22/08, participate in the home confinement program with EM for 60 days.

In a Petition for Warrant or Summons, dated October 9, 2008, U.S. Probation Officer Jeri L. Sexton asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to comply with the home confinement program since October 6, 2008, in violation of the special condition requiring he participate in the home confinement program with electronic monitoring, and the Sobrietor, as directed by the probation officer.

(2) Using alcohol on October 7, 2008, in violation of his special condition of supervised release..

On October 10, 2008, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On October 15, 2008, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Thomas S. Zilly on October 29, 2008 at 1:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 15th day of October, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Thomas S. Zilly
AUSA: Mr. Michael Scoville
Defendant's attorney: Ms. Jennifer Wellman
Probation officer: Ms. Jeri L. Sexton

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3